UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-00-339 |
| V. | : | |
| | : | |
| ANUPAM DASS | : | |

Type of Case:
    ( ) Civil          (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #4 |
| Federal Building | Eighth Floor |
| 228 Walnut Street | **February 9, 2005** |
| Harrisburg, PA 17108 | At **2:00 p.m.** |

TYPE OF PROCEEDING:      **Revocation of Supervised Release**

MARY E. D'ANDREA, CLERK

*/s/ Kevin J. Neary*
Kevin J Neary, Deputy Clerk

DATED: February 4, 2005

To:   Hon. Yvette Kane
      MARTIN C. CARLSON, AUSA
      THOMAS THORNTON, Esquire
      U.S. Marshal
      U.S. Probation
      Court Reporter
      File