cc: Ct; USA; USP; USM; Dft; Dft. Cnsl.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        vs.

ANUPAM DASS

CASE NUMBER:  1:00-CR-0339

DEFENDANT

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant, upon release, shall comply with these conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(✓) DEFENDANT IS RELEASED ON HIS/HER OWN RECOGNIZANCE.

**Additional Conditions Before Release**

( )(4) The defendant shall execute a bond binding the defendant to pay the United States the sum of _____

    dollars (_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

( )(5) The defendant shall deposit cash with the court in the amount of _____% of the bond in paragraph 4.

( )(6) The defendant shall deposit cash, or execute a bond with solvent sureties, or agree to forfeit specific identified property as approved by the court, in the full amount of the bond in paragraph 4. If there is to be an agreement to forfeit property, the form (AO 100) Agreement to Forfeit Property shall be executed.

( )(7) The defendant is placed in the custody of:

    (Name of person or organization) _____  _____

    (Address) _____  _____

    (City and State) _____  _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                Signed: _____  _____

                             Custodian or Proxy

**Additional Conditions Upon Release**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name and person or organization) _____

(Address) _____

(City and State) ____    _____    (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendants at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                    Custodian or Proxy                        Date

( ) (7) The defendant shall:

( ) (a) Report to the _____ _____
telephone number _____, not later than _____ _____

( ) (b) Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____

( ) (c) Post with the court the following indicia of ownership of the above-described property , or the following amount or percentage of the above-described ____ _____.

( ) (d) Execute a bail bond with solvent sureties in the amount of $_____.

( ) (e) Maintain or actively seek employment.

( ) (f) Maintain or commence an educational program.

( ) (g) Surrender any passport to: _____

( ) (h) Obtain no passport.

( ) (i) Abide by the following restrictions on personal associations, place of abode or travel: _____

( ) (j) Avoid all contact, directly or indirectly with any persons who are or who may be become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

( ) (k) Shall undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____

( ) (l) Return to custody each (week) day as of _____ , after being released each (week) day as of for employment, schooling or the following limited purpose(s): _____

( ) (m) Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ) (n) Refrain from possessing a firearm, destructive device or other dangerous weapons.

( ) (o) Refrain from ( ) any ( ) excessive use of alcohol.

( ) (p) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q) Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( ) (s) Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t) Participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification systems. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( )(i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

( )(ii) Home Detention. Your are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer; or

( )(iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pre trial services office or supervising officer.

(u) Report as soon as possible, to the pre-trial services office or supervising officer any contact with any law enforcement personnel, including , but not limited to, any arrest, questioning, or traffic stop.

(✗)(v) Defendant is to have no contact with his mother.

(✗)(w) Defendant is to reside outside of his mother's home

( )(x)_____

(2)

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

    (1) An offense punishable by death, life imprisonment or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;

    (2) An offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;

    (3) Any other felony the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both;

    (4) A misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year or both;

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment or any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanction set forth above.

HOME TELEPHONE ▮▮▮▮▮▮▮▮▮▮

Signature of Defendant

WORK TELEPHONE ▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮▮

City, State and Zip Code ▮▮▮▮▮▮▮▮

DATE OF BIRTH ▮▮▮▮▮▮

DRIVER'S LICENSE NO. ▮▮▮▮▮▮▮▮

STATE _PA_

### Directions to United States Marshal

[✓] The defendant is ordered released after processing.

[ ] The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date _2/6/05_

Yvette Kane
United States District Judge

(3)