AO 245D  (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE District of PENNSYLVANIA

UNITED STATES OF AMERICA
V.
ANUPAM DASS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1:CR-00-339

Thomas A. Thornton, FPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  ALL LISTED BELOW  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #2 And | You shall submit a truthful and complete written report within the first five days of each month. | 1/18/05 |
| Standard Condition #6 | You shall notify the probation officer ten days prior to any change in residence or employment. | 1/18/05 |
| Standard Condition #17 | The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer. | 12/2/04 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: ███
Defendant's Date of ███
Defendant's USM No.: 10581-067
Defendant's Residence Address:
███
███ PA ███

February 9, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

Yvette Kane, United States District Judge
Name and Title of Judicial Officer

2-9-05
Date

Defendant's Mailing Address:
Same as Above

Certified from the record
Date 2/9/05
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT: ANUPAM DASS
CASE NUMBER: 1:00-CR-0339

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   ten (10) months   .

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   X before 2 p.m. on   February 16, 2005   .
   X as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL