IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
 : 
vs. : CRIMINAL NO. 1:00-CR-339
 : 
ANUPAM DASS : 
 : 

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. 3143, hereby finds by clear and convincing evidence that the above-named defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pursuant to Section 3142(b) or (c). The court hereby orders that the defendant, having been sentenced in the above case, to the custody of the Attorney General, shall surrender himself to the Attorney General at 1:00 p.m. on February 16, 2005 by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant s shall contact the U.S. Marshal's Office no later than three days prior to the above date, to be notified of the place on confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

Date : _____

Yvette Kane, District Judge
_____

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an Order of detention and a prosecution for contempt of court which is punishable by imprisonment, a fine or both.

_____  _____
Defense Counsel  Defendant

Certified from the record
Date 2/9/05
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk