UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:00-CR-00339 |
| v. | : | |
| | : | Judge Yvette Kane |
| ANUPAM DASS | : | |
| Defendant | : | |

ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (7l7) 782-2237, is appointed to represent the defendant in proceedings arising from this felony indictment.

        S/ Yvette Kane
        Yvette Kane
        United States District Judge

Dated: February 14, 2005