IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:00-CR-00339 |
| v. : | |
| : | Judge Yvette Kane |
| ANUPAM DASS : | |
| : | (Electronically Filed) |

## ORDER OF COURT

AND NOW this _____ day of February, 2005, after consideration of the within Motion to Extend Voluntary Surrender Date, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** Anupam Dass shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m., on Wednesday, February 23, 2005.

BY THE COURT:

_____
YVETTE KANE
UNITED STATES DISTRICT COURT JUDGE