AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment—Page  2  of  2

DEFENDANT:      ANUPAM DASS
CASE NUMBER:    1:00-CR-0339

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __ten (10) months__.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

　　☐  at _____  ☐ a.m.  ☐ p.m.  on _____

　　☐  as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　X  before 2 p.m. on  __February 16, 2005__.

　　X  as notified by the United States Marshal.

　　☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

**FILED**
HARRISBURG, PA
APR 0 6 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Self-Surrender

Defendant delivered on __2-23-05__ to __FPC Sch__ at __Minersville, PA__ with a certified copy of this judgment.

_Ronnie R. Holt_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL