UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-00-339 |
| V. | : | |
| | : | |
| ANUPAM DASS | : | |

Type of Case:
    ( ) Civil          (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

U.S. Courthouse                              Courtroom #4
Federal Building                          Eighth Floor
228 Walnut Street                       **June 14, 2005**
Harrisburg, PA   17108              At **2:30 p.m.**

TYPE OF PROCEEDING:      **SENTENCING**

MARY E. D'ANDREA, CLERK

/s/ Shawna L. Cihak
Shawna L. Cihak, Deputy Clerk

DATED:  June 9, 2005

To:    Hon. Yvette Kane
         MARTIN C. CARLSON, AUSA
         THOMAS THORNTON, Esquire
         U.S. Marshal
         U.S. Probation
         Court Reporter
         File